ACCEPTED
03-15-00301-CV
5612691
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/10/2015 9:01:29 AM
JEFFREY D. KYLE
CLERK



# DAVID A. MENDOZA, ATTORNEY AT LAW

MENDOZA LAW OFFICES, PLLC
608 S. GUADALUPE STREET
SAN MARCOS, TEXAS 78666



RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/10/2015 9:01:29 AM
JEFFREY D. KYLE
Clerk

June 2, 2015

Honorable Liz Gonzales
Hays County Clerk
Hays County Government Center
712 S. Stagecoach Trail
San Marcos, Texas 78666

RE:        WRIT HABEAS CORPUS - State of Texas v. Jose Concepcion Loredo
Cause No.:    095790 (ABI-FV)
3rd COA#:    03-15-00301-CR –Ex parte Jose Concepcion Loredo

Dear Ms. Gonzales:

On April 22, 2015, pursuant to articles 11.07(3)(c) and 11.09, we requested that you immediately transmit to the Texas Court of Criminal Appeals the clerk's record in the above-referenced habeas case. Subsequently, a Notice of Appeal was filed in the Third Court of Appeals and the case was assigned the number referenced above.

Consequently, please transmit to the Texas Court of Appeals – Austin District, the clerk's record in the above-referenced habeas case, including the following items:

1) Jose Loredo's Application for Writ of Habeas Corpus;
2) Jose Loredo's Brief in Support of the Application for Writ of Habeas Corpus;
3) The District Attorney's Response to Application for Writ of Habeas Corpus;
4) Exhibits admitted into evidence on April 21, 2015;
5) A certificate reciting the date of the denial of Jose Loredo's Application for Writ of Habeas Corpus; and
6) Any other documents required by law or requested by the Court of Criminal Appeals.

If you have any questions, do not hesitate to contact me at 512-757-8830. Please notify me when the clerk's records is complete so that I may request a copy.

Yours truly,

David A. Mendoza
Attorney at Law
SBN 24046426

Cc:    Hays County District Attorney, via facsimile 512-393-7619
        Third Court of Appeals-Austin, P.O. Box 12547, Austin, Texas 78711-2547

• PH: 512-757-8830 • MENDOZAONE@YAHOO.COM • WWW.DOZALAW.COM • FAX: 512-878-8426 •